STATE OF LOUISIANA       *       NO. 2021-KA-0131

VERSUS       *       COURT OF APPEAL

TASHONTY C TONEY       *       FOURTH CIRCUIT

      *       STATE OF LOUISIANA

      *

      *

* * * * * * *

**PAB BROWN, J., CONCURS IN THE RESULT**

I respectfully concur in the result.